MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
ALISON L. GREGOIRE
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
(509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 23, 2014

SEAN F. McAVOY, CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>DALE H. WEBER,<br>Defendant. | NO: 4:14-mj-07139<br><br>Motion to Seal Complaint, Affidavit and Warrant |

The United States of America, by and through Michael C. Ormsby, United States Attorney for the Eastern District of Washington, and Alison L. Gregoire, Assistant United States Attorney, moves the Court for an Order sealing the Complaint, Affidavit and Warrant in the above matter.

DATED October 23, 2014.

MICHAEL C. ORMSBY
United States Attorney

*/s/ Alison L. Gregoire*

ALISON L. GREGOIRE
Assistant United States Attorney