FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 23, 2014**

SEAN F. McAVOY, CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>DALE H. WEBER,<br><br>   Defendant. | NO: 4:14-mj-07139<br><br>Order Sealing Complaint, Affidavit and Warrant |

Upon motion by the government,

IT IS ORDERED that the Complaint, Affidavit and Warrant be sealed by the Clerk of Court until further order of the Court.

Executed this __23__ day of October, 2014.

_____
HON. JAMES P. HUTTON
United States Magistrate Judge

