MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
ALISON L. GREGOIRE
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington  98901
(509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 24, 2014

SEAN F. McAVOY, CLERK

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DALE H. WEBER,<br><br>    Defendant. | NO:  4:14-mj-07139<br><br>Motion to Unseal Complaint, Affidavit and Warrant |

The United States of America, by and through Michael C. Ormsby, United States Attorney for the Eastern District of Washington, and Alison L. Gregoire, Assistant United States Attorney, moves the Court for an Order unsealing the Complaint, Affidavit and Warrant in the above matter.  The defendant is in Federal custody.

DATED October 24, 2014.

MICHAEL C. ORMSBY
United States Attorney

ALISON L. GREGOIRE
Assistant United States Attorney