IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 24, 2014

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>DALE H. WEBER,<br><br>  Defendant. | NO: 4:14-mj-07139<br><br>Order Unsealing Complaint,<br>Affidavit and Warrant |

Upon motion by the government,

IT IS ORDERED that the Complaint, Affidavit and Warrant be unsealed by the Clerk of Court.

Executed this __24__ day of October, 2014.

_____
HON. JAMES P. HUTTON
United States Magistrate Judge

