FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 24 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA, )
)  4:14-MJ-7139-JPH
   Plaintiff, )
)  ACKNOWLEDGMENT OF
vs. )  NOTICE OF RIGHTS
)
DALE H. WEBER, )  (CRIMINAL COMPLAINT)
)
   Defendant. )

The undersigned Defendant does hereby acknowledge: I appeared on this date and was advised as follows:

1) Of the charge or charges placed against me and the maximum penalty provided by law, and I acknowledge receipt of a copy of the **Criminal Complaint**, which specifically sets forth the allegations;

2) My right to remain silent at all times and if I make a statement it can be used against me;

3) My right to retain my own counsel, and if I am without funds, to have counsel appointed to represent me in this matter;

4) My right to a jury trial before a United States District Judge. I am entitled to be confronted by the government's witnesses and am entitled to have witnesses attend on my behalf;

5) My right to have a preliminary hearing before a United States Magistrate Judge and to have counsel present at that hearing.

6) My right, if I am not a United States citizen, to have my country's consulate informed of my arrest and detention.

10/22/2014
_____
Date

_____
Dale Weber
Defendant

Interpreted by (if applicable):

_____
(Sign and Print Name)

ACKNOWLEDGMENT

1