# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>vs.<br>DALE H. WEBER,<br>　　　　　Defendant. | No. 4:14-MJ-7139-JPH<br>ORDER FOLLOWING:<br>☒ INITIAL APPEARANCE<br><br>☒ ACTION REQUIRED |

Date of hearing: 10/24/2014

☒　Complaint

Defendant was advised of, and acknowledged, Defendant's rights.

☒　Probable cause hearing set: **Wednesday, November 5, 2014 at 2:00 p.m. in Yakima, Washington before Judge Hutton.**

☒　Bail hearing set: **Wednesday, October 29, 2014 at 2:00 p.m. in Yakima, Washington before Judge Hutton.**

☒　Pending the hearing, Defendant shall be detained in the custody of the United States Marshal and produced for the hearing or until further order of the court.

☒　The U.S. Probation Office personnel shall prepare a Pretrial Services Report prior to the bail hearing, and shall notify defense counsel prior to interviewing Defendant.

　　DATED October 24, 2014.

<u>s/James P. Hutton</u><br>
JAMES P. HUTTON<br>
UNITED STATES MAGISTRATE JUDGE

ORDER - 1