# United States District Court, Eastern District of Washington
## Magistrate Judge James P. Hutton
### Yakima

**USA v. DALE H. WEBER**               Case No.  4:14-MJ-07139-JPH-1

**Initial Appearance on Complaint:**                          10/24/2014

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Alison Gregoire, US Atty |
| | | ☒ | Diane Hehir, Defense Atty |
| ☒ | Steve Krous, US Probation / Pretrial Services Officer | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present in custody USM | | |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of charging document |
| ☒ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of charging document |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Charging document read in open court |
| ☒ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |
| ☒ | AO199c Advice of Penalties & Sanctions | | |

## REMARKS

Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.

**The Court ordered:**
1. Defendant shall be detained by the U. S. Marshal until further order of the Court.

| **Bail Hrg:**<br>10/29/2014<br>@ 2:00 p.m. [Y/JPH] | **Probable Cause Hrg:**<br>11/05/2014<br>@ 2:00 p.m. [Y/JPH] | |
|---|---|---|