1 | Alex B. Hernandez, III
FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
2 | 306 East Chestnut Avenue
Yakima, Washington 98901
3 | (509) 248-8920

4 | Attorneys for Defendant
DALE H. WEBER

5

UNITED STATES DISTRICT COURT
6 | EASTERN DISTRICT OF WASHINGTON
(HONORABLE JAMES P. HUTTON)
7

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:14-MJ-7139-JPH |
| | ) | |
| vs. | ) | NOTICE OF APPEARANCE |
| | ) | |
| DALE H. WEBER, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   MICHAEL C. ORMSBY, UNITED STATES ATTORNEY
      ALISON L. GREGOIRE, ASSISTANT UNITED STATES ATTORNEY

Please take notice that Alex B. Hernandez, III, of the Federal Defenders of Eastern Washington and Idaho hereby enters his appearance as counsel of record in this matter. All future correspondence and court filings should be forwarded directly to the address listed above.

//

//

//

//

NOTICE OF APPEARANCE

1

Dated:     October 27, 2014.

Respectfully Submitted,

s/ Alex B. Hernandez, III
Alex B. Hernandez, III, 21807
Attorney for DALE H. WEBER
Federal Defenders of
Eastern Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
Telephone: (509) 248-8920
Fax: (509) 248-9118
Email: Ben_Hernandez@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: ALISON L. GREGOIRE, Assistant United States Attorney.

s/ Alex B. Hernandez, III
Alex B. Hernandez, III, 21807
Attorneys for DALE H. WEBER
Federal Defenders of
Eastern Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
Telephone: (509) 248-8920
Fax: (509) 248-9118
Email: Ben_Hernandez@fd.org