# United States District Court, Eastern District of Washington
## Magistrate Judge James P. Hutton
### Yakima

**USA v. DALE H. WEBER**               **Case No.   4:14-MJ-07139-JPH**

**Bail Hearing:**                                                          **10/29/2014**

---

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Alison Gregoire, US Atty |
| | | ☒ | Rebecca Pennell, Defense Atty |
| ☒ | Carrie Valencia, US Probation / Pretrial Services | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |

---

| | | | |
|---|---|---|---|
| ☐ | Defendant continued detained | ☒ | Conditions of Release imposed |
| | | ☒ | 199C Advice of Penalties/Sanctions |

## REMARKS

   USA orally withdrew its Motion for Detention and agrees with the recommendations contained in the pretrial services report.  USA would require defendant be on GPS monitoring rather than cellular.

   Defense counsel agrees with the recommendations contained in the pretrial services report. Defendant has concerns regarding travel at his job.  Defendant inquires about computer at home, if it was password protected.

**The Court ordered:**
1. USA's Motion for Detention is **withdrawn**.
2. $20,000 Appearance Bond - to be posted with the District Court Clerk's Office - signed by the Defendant.
3. The Bond must be posted prior to the Defendant's release.
4. Defendant released on conditions as recommended in the pretrial services bail report with the following modifications:
   - Defendant shall participate in GPS electronic home detention, allowed out for employment, legal, medical and other events preapproved by US Pretrial/Probation.
   - Defendant may not use a computer in the home.  All electronic internet accessible devices must be password protected with separate passwords known only to defendant's wife.
5. An Order Setting Conditions of Release will be filed.