1
2
3          UNITED STATES DISTRICT COURT
4          EASTERN DISTRICT OF WASHINGTON
5
6    UNITED STATES OF AMERICA          No. 4:14-MJ-7139-JPH
7                        Plaintiff,    ORDER DENYING THE UNITED
8    vs.                               STATES' MOTION FOR
                                       DETENTION
9
10   DALE H. WEBER,                    ☒    MOTION DENIED
11                        Defendant.         **(ECF No. 8)**
12

13   Date of bail hearing: 10/27/2014

14          The Court has conducted a bail hearing pursuant to 18 U.S.C. § 3142(f), and
15   has considered the Pretrial Services Report and proffers of the parties.  At the
16   hearing, the United States concurred with the Pretrial Service Report's
17   recommendation for the Defendant's release with conditions, including GPS
18   monitoring, and withdrew its Motion for Detention.  The following Order
19   memorializes and supplements the factual findings and statement of reasons for
20   release stated in court.

21          **FINDINGS OF FACT AND STATEMENT OF REASONS**

22   ☒    Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that
23   Defendant is a flight risk and a danger to the community based on the nature of the
24   pending charge.  This Court finds Defendant has rebutted the 18 U.S.C. § 3142(e)
25   presumption and has met the burden of production, establishing there are
26   conditions which will reasonably assure his appearance and the safety of the
27   community.

28   ☒    The United States has not established by a preponderance of the evidence

ORDER - 1

that Defendant is a risk of flight or non-appearance.

☒     The United States has not established by clear and convincing evidence an absence of conditions to reasonably assure the safety of the community.

☒     The United States' Motion for Detention (**ECF No. 8**) is **DENIED as MOOT**.

☒     A separate Order will issue setting forth conditions of release.

**IT IS SO ORDERED.**

DATED October 29, 2014.


<u>s/James P. Hutton</u>
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER - 2