# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 29 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

UNITED STATES OF AMERICA, )
)
                   Plaintiff, )
)
vs. )
)
DALE H. WEBER, )
)
                   Defendant. )
_____)

**APPEARANCE BOND**

14-MJ-7139-JPH-1

     I, the undersigned defendant, acknowledge that I and my personal representatives, jointly and severally, are bound to pay the United States of America the sum of TWENTY THOUSAND and NO/100 ($20,000) dollars, as an unsecured appearance bond for DALE H. WEBER before said court.

     THE CONDITIONS of this bond are that the defendant DALE H. WEBER is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

     If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond will be exonerated, but if the defendant fails to obey or preform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedures and any other laws of the United States.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                                )<br>                            Plaintiff,     )<br>                                                                )<br>vs.                                                           )<br>                                                                )<br>DALE H. WEBER,                             )<br>                                                                )<br>                            Defendant.  )<br>_____) | **APPEARANCE BOND**<br><br>14-MJ-7139-JPH-1 |

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned is exonerated.

DALE H. WEBER

_____
Signature

Signed this 29th day of October, 2014.

*********************************************************************************

DALE H. WEBER has complied with the Appearance Bond requirements as Ordered by the Court on October 29, 2014.

Dated: October 29, 2014     Sean F. McAvoy, Clerk

By: _____
Deputy Clerk

14-MJ-7139-JPH-1 - Appearance Bond

Page - 2