# United States District Court, Eastern District of Washington
## Magistrate Judge James P. Hutton
### Yakima

**USA v. DALE H. WEBER**               **Case No.    4:14-MJ-07139-JPH-1**

**Probable Cause Hearing**                                              **11/05/2014**

☒  Pam Howard, Courtroom Deputy [Y]          ☒  Alison Gregoire, US Atty
                                            ☒  Carl Oreskovich, Defense Atty
☒  Defendant present out of custody          ☒  Interpreter **NOT REQUIRED**

---

## REMARKS

      Testifying for USA: Drew Rodman, Special Agent for the Department of Homeland Security. Drew Rodman was sworn in and testified.
      Direct examination by USA.
      Cross examination by Defense.
      Witness excused by the Court at 3:45 p.m.

      USA  presents closing argument.
      Defense presents closing argument.  Court colloquy with Defense regarding testimony taken.
      USA presents rebuttal argument.

      Matter submitted to the Court on testimony and complaint that was filed 10/23/2014 (ECF No. 1).

Court recessed 3:55 p.m. to 4:01 p.m.

**The Court ordered:**
1. Based on the proffer of the government, the Court found probable cause to believe that the charged offense was committed and believes the defendant committed it.  Defendant–on finding of probable cause–is bound over to the United States District Court for trial.
2. Defendant to remain released on conditions previously imposed.

---