MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
ALISON L. GREGOIRE
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 12 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DALE H. WEBER,<br><br>Defendant. | 4:14-CR-6049-SMJ<br><br>INDICTMENT<br><br>Ct. 1: 18 U.S.C. § 2422(b), Attempted Enticement of a Minor<br><br>18 U.S.C. § 2428<br>Forfeiture Allegations |

The Grand Jury charges:

## COUNT 1

On or about and between September 24, 2014, and October 21, 2014, in the Eastern District of Washington and elsewhere, the Defendant, DALE H. WEBER, did unlawfully and knowingly use any facility and means of interstate and foreign commerce, to wit: the internet and a cellular phone; to attempt to persuade, induce, entice, and coerce any individual who had not attained the age of 18 years to engage in any sexual activity for which any person can he charged with a criminal offense, including Revised Code of Washington 9A.44.076, rape of a child in the

INDICTMENT — 1

second degree, and attempt to do so, all in violation of Title 18, United States Code, Section 2422(b).

## Notice of Criminal Forfeiture Allegations

1. The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2428.

2. Pursuant to Title 18, United States Code, Section 2428, upon conviction of an offense in violation of Title 18, United States Code, Section 2422, the Defendant, DALE H. WEBER, shall forfeit to the United States of America any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense[s] and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense[s]. The property to be forfeited includes, but is not limited to, the following:

ELECTRONIC EQUIPMENT

1) AT&T Cellular phone - Blackberry Style; and,

2) Iphone: IMEI: 013853002900147.

CONVEYANCES

3) 2008 Toyota Tundra truck, Washington License Plate: B78524H, VIN: 5TFDV54128X076101.

INDICTMENT        2

3.  If any of the property described above, as a result of any act or omission of the defendant[s]:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

DATED: November 12, 2014

A TRUE BILL

███████████

Foreperson

MICHAEL C. ORMSBY
United States Attorney

*[signature]*

SHAWN N. ANDERSON
Assistant United States Attorney

*[signature]*

ALISON L. GREGOIRE
Assistant United States Attorney

INDICTMENT                                3