PENALTY SLIP

NAME: DALE H. WEBER

NUMBER OF COUNTS: 1

Ct. 1: 18 U.S.C. § 2422(b) - Attempted Enticement of a Minor

Penalty: CAG not less than 10 years nor more than life; and/or $250,000 fine; not less than 5 years nor more than life supervised release; $100 special penalty assessment; and registration as a sex offender.

Case No. 4:14-CR-6049-SMJ-1

USA Initials: ALG