UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:14-CR-6049-SMJ-1 |
| Plaintiff, | ORDER ON ARRAIGNMENT |
| vs. | |
| DALE H. WEBER, | |
| Defendant. | |

Date of Arraignment: 11/19/2014

☒ Indictment

Defendant was advised of, and acknowledged, Defendant's rights.

☒ Defendant, on Defendant's plea(s) of not-guilty, is bound over to the United States District Court for trial.

☒ Detention was previously addressed. Defendant shall remain on release under the conditions previously set by the Court.

DATED November 19, 2014.

_s/James P. Hutton_
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER - 1