# United States District Court, Eastern District of Washington
## Magistrate Judge James P. Hutton
### Yakima

**USA v. DALE H. WEBER**               **Case No.   4:14-CR-06049-SMJ-1**

**Arraignment on Indictment:**                                **11/19/2014**

| | | | |
|---|---|---|---|
| ☒ | Karen White, Courtroom Deputy | ☒ | Alison Gregoire, US Atty |
| | | ☒ | Carl Oreskovich, Defense Atty |
| ☒ | Erica Helms, US Probation / Pretrial Services Officer | | Interpreter  -  **NOT REQUIRED** |
| ☒ | Defendant present ☐ in custody USM  ☒ out of custody | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☐ | Rights given | ☐ | Defendant continued detained |
| ☒ | Acknowledgment of Rights filed | ☒ | Conditions of release as previously imposed |
| ☒ | Defendant received copy of charging document | ☐ | 199C Advice of Penalties/Sanctions filed |
| ☒ | Defendant waived reading of charging document | ☒ | Discovery Order forthcoming |
| ☐ | Charging document read in open court | | |

## REMARKS

    Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.

    "Not guilty" plea entered.

    Mr. Oreskovich advised the Court that Defendant was put on administrative leave by his employer due to the required electronic monitoring device and has been notified that he will be terminated by his employer in December if the device is not removed.

**The Court ordered:**
1. Defendant released on conditions previously established.