FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 19 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Dale Weber,<br><br>    Defendant. | CR-14-6049-SMJ<br><br>ACKNOWLEDGMENT OF NOTICE OF RIGHTS<br><br>(INDICTMENT) |

    The undersigned defendant does hereby acknowledge: I appeared on this date and was advised as follows:

    1)    Of the charge or charges placed against me, and I acknowledge receipt of a copy of the:

        ☑ Indictment
        ☐ Superseding Indictment
        ☐ _____ Superseding Indictment

which specifically sets forth the allegations;

    2)    That I have been advised of the maximum penalty provided by law;

    3)    My right to remain silent at all times and if I make a statement it can be used against me;

    4)    My right to retain my own counsel, and if I am without funds, to have counsel appointed to represent me in this matter;

    5)    My right to a jury trial before a United States District Judge, to be confronted by the United States' witnesses and to have witnesses attend on my behalf;

    6)    My right, if I am not a United States citizen, to have my country's consulate informed of my arrest and detention.

_11/19/14_                                  _Dale Weber_
Date                                             Defendant

Interpreted by (if applicable):

_____
(Sign and Print Name)

ACKNOWLEDGMENT OF NOTICE OF RIGHTS
(Rev 05/21/09)