CARL J. ORESKOVICH, WSBA #12779
ETTER, McMAHON, LAMBERSON
CLARY & ORESKOVICH, P.C.
618 West Riverside Avenue, Suite 210
Spokane, WA  99201
(509)747-9100
(509)623-1439 Fax
Email: carl@ettermcmahon.com

*Attorney for Defendant Dale H. Weber*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DALE H. WEBER,<br><br>　　　　Defendant. | No.  CR-14-6049-SMJ<br><br>**DECLARATION OF CARL J. ORESKOVICH IN SUPPORT OF DEFENDANT'S MOTION TO CONTINUE TRIAL DATE** |

　　Carl J. Oreskovich declares under the penalty of perjury as follows:

I am over the age of 18 years, and am competent to testify as to the matters stated in this declaration, which I make from my own knowledge (except as otherwise plainly stated).

　1. I am the attorney for Defendant DALE WEBER.

DECLARATION OF CARL J. ORESKOVICH IN SUPPORT OF DEFENDANT'S MOTION TO CONTINUE TRIAL DATE
- Page  1

ETTER, McMAHON, LAMBERSON, CLARY & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201    (509) 747-9100

2. Trial of this case is currently scheduled for January 20, 2015.

3. As this Court is aware, I substituted as counsel for Mr. Weber on November 4, 2014.

4. On November 19, 2014, the Government provided me with 4 disks containing nearly 650 pages of discovery. The information provided needs to be printed out, indexed and reviewed. Once reviewed, the discovery will identify witnesses that need to be interviewed prior to the time of trial. Expert witnesses may be needed and retained. Due to other case obligations, I have not yet been able to begin this process.

DATED this 29th day of December, 2014.

ETTER, McMAHON, LAMBERSON,
CLARY & ORESKOVICH, P.C.

By: /s/ Carl J. Oreskovich
CARL J. ORESKOVICH, WSBA #12779
Attorney for Defendant Weber

DECLARATION OF CARL J. ORESKOVICH IN SUPPORT OF DEFENDANT'S MOTION TO CONTINUE TRIAL DATE - Page 2

ETTER, McMAHON, LAMBERSON, CLARY & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

# CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of December, 2014, I electronically filed the following documents:

**Declaration of Carl J. Oreskovich in Support of Defendant Motion to Continue Trial Date**

with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Alison L. Gregoire
USAWAE.AGregoireECF@usdoj.gov

    /s/Carl J. Oreskovich
    CARL J. ORESKOVICH, WSBA 12779
    ETTER, McMAHON, LAMBERSON,
    CLARY & ORESKOVICH, P.C.
    618 West Riverside Avenue, Suite 210
    Spokane, WA  99201
    (509)747-9100
    (509)623-1439 Fax
    Email:  carl@ettermcmahon.com

    Attorneys for Defendant Weber

DECLARATION OF CARL J. ORESKOVICH IN SUPPORT OF DEFENDANT'S MOTION TO CONTINUE TRIAL DATE
- Page 3

ETTER, McMAHON, LAMBERSON, CLARY & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100