MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
ALISON L. GREGOIRE
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO:  4:14-CR-06049-SMJ |
| Plaintiff, ) | |
| ) | GOVERNMENT'S RESPONSE |
| vs. ) | TO MOTION TO CONTINUE |
| ) | TRIAL DATE |
| DALE H. WEBER, ) | |
| Defendant. ) | |

The Plaintiff, United States of America, by and through Michael C. Ormsby, United States Attorney for the Eastern District of Washington, and Alison L. Gregoire, Assistant United States Attorney for the Eastern District of Washington, has no objection to Defendant's motion to continue trial date (ECF No. 37).

Respectfully submitted this 30th day of December, 2014.

MICHAEL C. ORMSBY
United States Attorney

s\ Alison L. Gregoire
ALISON L. GREGOIRE
Assistant United States Attorney

1
2      I hereby certify that on December 30, 2014, I electronically filed the
3
4  foregoing with the Clerk of the Court using the CM/ECF System which will send
5  notification of such filing to the following: Carl J. Oreskovich.
6
7                              s\ Alison L. Gregoire
8                              ALISON L. GREGOIRE
                               Assistant United States Attorney
9                              United States Attorney's Office
10                             402 E. Yakima Ave., Suite 210
                               Yakima, WA   98901
11                             (509) 454-4425
12                             Fax (509) 249-3297
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Government's Resp. Motion to Continue            2