# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Weber, Dale H | Docket No. | 0980 4:14CR06049-001 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW   Curt Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Dale H Weber, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Yakima, Washington, on the 29th day of October 2014 under the following conditions:

**Condition #21:** Defendant shall not have access to the internet, unless while at work for work purposes only.
**Condition #23:** Defendant shall not have access to his wife's cell phone or any electronic device in the home.  Defendant's wife shall password protect any cell phone or electronic device using a password unknown to the defendant.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #2:** On April 10, 2015, copies of two letters were provided to U.S. Probation and Pretrial Services by a Homeland Security investigator authored by Mr. Weber referring to ongoing internet communication the defendant has been having with the user of the account Hottbeauty@hotmail.com. Mr. Weber further provided the means, including the password, to access the account, jwilcox49@outlook.com.
**Violation #3:** On April 10, 2015, Homeland Security investigators, during the execution of a search warrant, located a Kindle Fire tablet device owned and used by Mr. Weber.

PRAYING THAT THE COURT WILL INCORPORATE VIOLATIONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:  April 10, 2015

by  s/Curtis G. Hare

Curtis G. Hare
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

*James P Hutton*
Signature of Judicial Officer

4/13/2015
Date

