UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DALE H. WEBER,<br><br>Defendant. | No.   4:14-CR-6049-SMJ<br><br>**ORDER HOLDING DEFENDANT'S MOTION TO CONTINUE IN ABEYANCE AND DIRECTING DEFENSE COUNSEL TO CONFER AND FILE A SUPPLEMENT** |

Before the Court is Defendant Dale Weber's Motion to Continue Trial, ECF No. 75. Defense counsel Christopher Swaby requests a continuance of the pretrial motions filing deadline, the pretrial conference, and the trial, to allow more time to examine discovery, prepare any related motions, and prepare for trial. Assistant U.S. Attorney Alison Gregoire, appearing on behalf of the U.S. Attorney's Office (USAO), does not oppose the request.  ECF No. 76.

Before the Court grants counsel's motion and enters an amended Case Management Order, defense counsel shall (1) file a statement of reasons signed by the Defendant (2) confer with counsel for the USAO, and (3) supplement the motion by proposing new case management deadlines. The suggested dates shall conform to the requirements below and shall be consistent with a pretrial

ORDER **-** 1

conference on **November 23, 2015** and a trial date of **December 14, 2015**. Counsel shall file this supplement within **two (2) business days**. Until the Court decides Defendant's motion to continue, all deadlines in the Court's March 9, 2015 Case Management Order, ECF No. 53, are stayed.

Accordingly, **IT IS HEREBY ORDERED:**

1. All deadlines set forth in the Court's March 9, 2015 Case Management Order, ECF No. 53, are **STAYED** until the Court decides the pending motion to continue.

2. **Within two (2) business days**, defense counsel shall file a statement of reasons, confer with the USAO, and file a **joint supplement**, which contains recommendations (either joint or individual) as to the following case management deadlines:

|  | **Recommended Dates** |
|---|---|
| All pretrial motions, including discovery motions, *Daubert* motions, and motions *in limine*, filed | (At least 3 weeks prior to the PTC, unless the parties agree to an abbreviated briefing schedule. All briefing must be complete at least 5 days before PTC) |
| **PRETRIAL CONFERENCE** *(Deadline for motions to continue trial)* | **November 23, 2015** |
| CIs' identities and willingness to be interviewed disclosed to Defendant (if applicable) |  |
| Grand jury transcripts disclosed to Defendant: <br>     Case Agent: <br>     CIs (if applicable): | (At least 10 days prior to trial) |

ORDER **-** 2

| | |
|---|---|
| Other Witnesses: | |
| Exhibit lists filed and emailed to the Court | |
| Witness lists filed and emailed to the Court | |
| Trial briefs, jury instructions, verdict forms, and requested voir dire filed and emailed to the Court | (At least 10 days prior to trial) |
| Exhibit binders delivered to parties and to the Court | |
| Delivery of JERS-compatible digital evidence files to the Courtroom Deputy | (At least 10 days prior to trial) |
| Trial notices filed with the Court | |
| Technology readiness meeting (in-person) | (At least 7 days prior to trial) |
| **JURY TRIAL** | **December 14, 2015** |

**3.** Defendant's Motion to Continue Trial, **ECF No. 75**, is **HELD IN ABEYANCE** until defense counsel files the required supplement, as set forth above.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 22nd day of July 2015.

_____
SALVADOR MENDOZA, JR.
United States District Judge

Q:\SMJ\Criminal\2014\USA v Weber-6049\ord mot continue abey lc2 docx

ORDER **-** 3