UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>vs.<br><br>DALE H. WEBER,<br><br>                                    Defendant. | **Case No.** 4:14-CR-06049-SMJ<br><br>**CRIMINAL MINUTES**<br><br>**DATE:** 07/24/2015    **LOCATION:** Richland<br><br>**PRETRIAL CONFERENCE/<br>MOTION HEARING** |
|---|---|

| | **Judge Salvador Mendoza, Jr.** | | |
|---|---|---|---|
| Debbie Brasel | 02 | | Kim Allen |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Mary Katherine Dimke for Alison L. Gregoire | | Christopher Andrew Swaby | |
| **Plaintiff's Counsel** | | **Defendant's Counsel** | |

**[XX] Open Court**

Defendant present in custody of the US Marshal

Mr. Swaby moves Court to continue trial [ECF No. 75]
No objection by Ms. Dimke

**Court:**    Defendant's Second MOTION to Continue *Trial* [ECF No. 75] **granted.** Court excludes all time from speedy trial calculations from the date the motion was filed to the new trial date. Current trial date of August 10, 2015 is stricken and reset for January 4, 2016 at 9:00 am R/EFS; Pretrial Conference reset for December 10, 2015 at 10:15 am.

Speedy Trial Waiver and Statement of Reasons in Support of the Motion to Continue Trial executed by the defendant and filed with the Court

**[XX] ORDER FORTHCOMING**

| CONVENED: 9:00 AM | ADJOURNED: 9:05 AM | TIME:    / 05 MINUTES | |
|---|---|---|---|