Michael C. Ormsby
United States Attorney
Eastern District of Washington
Alison L. Gregoire
Assistant United States Attorney
401 E. Yakima Ave., Suite 210
Yakima, WA  98901
Telephone: (509)454-4425

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:14-CR-6049-SMJ |
| vs. | ) | |
| DALE H. WEBER, | ) | Bill of Particulars for Forfeiture of Property |
| Defendant. | ) | |

The United States of America, by and through Michael C. Ormsby, United States Attorney for the Eastern District of Washington, and Alison L. Gregoire, Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

The Indictment seeks forfeiture of property pursuant to 18 U.S.C. § 2428. In addition to the property currently listed in the forfeiture allegation of the Indictment (ECF No. 1 at 2-3) the United States hereby gives notice that the United States is seeking forfeiture of the following listed property:

1) Amazon Kindle Fire, Model X43Z60, CMIIT 2012ZJ3698;

2) AT&T Cellular phone, "GoPhone" in new packaging; and,

3) Power book 64 laptop, Serial Number: V7316106MVZ;

Bill of Particulars                           1
BoP Weber.docx

In addition, the United States amends the description of item 1 under electronic equipment to include the serial number, as follows:

1) AT&T Cellular phone – Blackberry style, Serial Number: 325822996323

DATED: October 1, 2015

                                       Michael C. Ormsby
                                       United States Attorney

                                       s/Alison L. Gregoire

                                       Alison L. Gregoire
                                       Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

Christopher A. Swaby
Attorney at Law
swabylaw@gmail.com

                                       s/Alison L. Gregoire

                                       Alison L. Gregoire
                                       Assistant United States Attorney