# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Case No. 4:14-CR-06049-SMJ |
|---|---|
| Plaintiff, | **CRIMINAL MINUTES** |
| vs. | **DATE:** 11/23/2015 **LOCATION:** Richland |
| DALE H. WEBER, | **PRETRIAL CONFERENCE/ MOTION HEARING** |
| Defendant. | |

| | Judge Salvador Mendoza, Jr. | | |
|---|---|---|---|
| Debbie Brasel | 02 | | Kim Allen |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Alison L. Gregoire | | Christopher Andrew Swaby | |
| **Plaintiff's Counsel** | | **Defendant's Counsel** | |

**[XX] Open Court**

Defendant present in custody of the US Marshal

Mr. Swaby orally moves Court to continue the current trial date in this matter. Trial is currently set for December 14, 2015.

No objection by Ms. Gregoire.

**Court:**    Defendant's oral motion to continue is **granted.** Court excludes all time from speedy trial calculations from today's date to new date of trial. Current trial date of 12/14/2015 is stricken and reset for 02/29/2016 at 9:00 a.m. R/SMJ; Pretrial Conference reset for 02/11/2016 at 10:00 a.m. R/SMJ

Speedy Trial Waiver and Statement of Reasons in Support of the Motion to Continue Trial executed by the defendant and filed with the Court.

**[XX] ORDER FORTHCOMING**

| CONVENED: 9:35 AM | ADJOURNED: 9:40 AM | TIME: / 05 MINUTES | |
|---|---|---|---|