PENALTY SLIP

DEFENDANT NAME:  **DALE H. WEBER**

TOTAL NO. COUNTS:  **1**

**VIO: 18 U.S.C. § 2423(b)**

**Travel in Interstate Commerce for the Purpose of Engaging in a Sexual Act with a Minor**

PENALTY: **CAG not more than 30 years;**
**and/or $250,000 fine;**
**not less than 5 years up to lifetime supervised release (18 U.S.C. § 3583(k));**
**a $100 special penalty assessment;**
**registration as a sex offender**

VIO: **18 U.S.C. § 2428**
**Notice of Forfeiture Allegations**

CASE
NO. _____14-CR-06049-SMJ_____

AUSA     ALG
INITIAL_____

Ps.dotm