# United States District Court, Eastern District of Washington
## Magistrate Judge John T. Rodgers
## Yakima

**USA v. DALE H. WEBER**                                    Case No.    **4:14-CR-06049-SMJ-1**

Yakima Video Conference (JTR @ Spokane; Counsel and Defendant @ Yakima)
The Defendant agreed to appear via video conference.

**Arraignment on Felony Information:**                                    **04/06/2016**

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Alvin Guzman, US Atty |
| ☒ | Melissa Orosco, Courtroom Deputy [S] | ☒ | Alison Guernsey, Federal Defender standing in for Defense Atty Christopher Swaby |
| ☒ | Erica Helms, US Probation / Pretrial Services Officer | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☐ | Waiver of an Indictment filed | ☒ | Rights given |
| ☐ | Conditions of Release Imposed | ☒ | Acknowledgment of Rights filed |
| ☐ | 199C Advice of Penalties/Sanctions filed | ☒ | Defendant received copy of charging document |
| | | ☒ | Defendant waived reading of charging document |
| | | ☐ | Charging document read in open court |

## REMARKS

Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.
"Not guilty" plea entered.

**The Court ordered:**
1. Detention has been previously heard and determined. Defendant shall be detained by the U.S. Marshal until further order of the Court.