UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DALE H. WEBER,<br><br>Defendant. | No. 2:14-CR-6049-SMJ-1<br><br>ORDER ON PLEA |

At Defendant's April 6, 2016, arraignment (by video conference), the United States was represented by Assistant U.S. Attorney Alvin Guzman; the Defendant was in custody and present with Assistant Federal Defender Alison Guernsey, who with Defendant's approval is standing in for retained counsel, Christopher Andrew Swaby. The Defendant was advised of his rights, and acknowledged the same. The Defendant entered a plea of not guilty.

**IT IS ORDERED** that the not guilty plea of Defendant is received, and the Defendant is bound over for trial before a district judge. Defendant chose not to address the issue of detention on this date, so shall remain in the custody of the U.S. Marshal, without prejudicing his opportunity to move for a detention hearing at a later date.

DATED April 6, 2016.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER ON PLEA - 1