AP 455 (Rev. 01/09) Waiver of an Indictment

# United States District Court
## for the
### EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 1 1 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

UNITED STATES OF AMERICA
v.
DALE H. WEBER
*Defendant*

CASE No.    14-CR-06049-SMJ

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 7 April 2016

x _____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Christopher Swaby
_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

**Salvador Mendoza, Jr**
*Judge's printed name and title*

WAIVER OF INDICTMENT