CHRISTOPHER A. SWABY, WSBA 30293
17837 1st Avenue South, #520
Normandy Park, WA 98148
(206) 212-6752
swabylaw@gmail.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATE OF AMERICA, | No. 4:14-CR-06049-SMJ |
| Plaintiff | REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S SECOND MOTION TO CONTINUE SENTENCING |
| vs. | |
| DALE H. WEBER, | |
| Defendant. | |

TO: CLERK OF THE U.S. DISTRICT COURT EASTERN DISTRICT;

TO: THE U.S. ATTORNEY'S OFFICE

The defendant, Dale H. Webber, through counsel, offers the following in reply to the government's response to his second motion to continue his sentencing:

1. The defense has not sought a subpoena for the medical records at issue because the agency that has the records has not refused to turn over the records. There has been some difficulty in locating the records; once they are located, the agency will transmit them to counsel.

Reply to Government's Response to
Second Motion to Continue

CHRISTOPHER A. SWABY, WSBA 30293
17837 1st Avenue South, #520
Normandy Park, WA 98148
(206) 212 6752

*swabylaw@gmail.com*

2. Mr. Weber has been held for a little more than sixteen (16) months. At a minimum, he faces another fifty (50) months of incarceration, and as much as an additional eighty-six (86) months. The delay in the sentencing date is not ideal but it is necessary for Mr. Weber to be able to make a competent and complete presentation at his sentencing.

Respectfully submitted,

_____
Christopher Swaby
Counsel for Dale H. Webber

17837 1st Avenue South, #520
Normandy Park, WA 98148
(206) 216-6752
swabylaw@gmail.com

Reply to Government's Response to
Second Motion to Continue

CHRISTOPHER A. SWABY, WSBA 30293
17837 1st Avenue South, #520
Normandy Park, WA 98148
(206) 212 6752

swabylaw@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT** on the 24th day of August 2016, I electronically filed the following documents:

**Reply to Government's Response to Defendant's Second Motion to Continue Sentencing**

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Alison L. Gregoire, USAWAE.AGregoireECF@usdoj.gov

_____
CHRISTOPHER A. SWABY, WSBA 30293
17837 1st Avenue South, #520
Normandy Park, WA 98148
(206) 212-6752
swabylaw@gmail.com

3

Reply to Government's Response to
Second Motion to Continue

CHRISTOPHER A. SWABY, WSBA 30293
17837 1st Avenue South, #520
Normandy Park, WA 98148
(206) 212 6752

*swabylaw@gmail.com*